# EXHIBIT LIST

| | |
|---|---|
| Exhibit 1 | United States Patent No. 7,171,629 |
| Exhibit 2 | Declaration of David Quimby |
| Exhibit 2-1 | David Quimby, *Next Generation Web Presentation*, Vol. 4 Issue 7 XML JOURNAL 16 (July 2003) |
| Exhibit 2-2 | Adaptive Avenue Press Release, December 1, 2003 |
| Exhibit 3 | United States Patent No. 7,428,707 |
| Exhibit A | HTML elements associated with web slideshow from www.opticsplanet.com |
| Exhibit B | Screenshot of jpg resources used as slideshow images from www.opticsplanet.com |
| Exhibit C | Web slideshow sequence from www.opticsplanet.com |
| Exhibit D | Publicly available code from www.opticsplanet.com |
| Exhibit E | Screenshot of the www.opticsplanet.com homepage and slideshow |
| Exhibit F | Amendment, U.S. Appl. No. 10/698,332 (issued as the '707 patent), dated Jan. 24, 2008. |
| Exhibit G | Notice of Allowability, U.S. Appl. No. 10/698,332 (issued as the '707 patent), dated May 8, 2008. |