**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-11-5-2023-daylight-savings-sale-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-10-20-2023-everything-for-your-rifle-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-11-01-2023-build-the-ultimate-ar-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-2-2023-top-10-brands-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-11-1-2023-gifts-by-numbers-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-9-2023-download-the-app-10-off-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-11-1-2023-rifle-scopes-on-budget-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-10-1-2023-franklin-armory-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-11-1-2023-rise-armament-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-11-1-2023-agm-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-11-1-2023-irayusa-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-10-1-2023-armasight-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-11-1-2023-viridian-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-11-1-2023-sig-sauer-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-11-1-2023-trijicon-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-11-1-2023-opmod-rise-armament-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-11-1-2023-trybe-defense-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-11-1-2023-bushnell-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-11-1-2023-inforce-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-11-1-2023-holosun-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-11-1-2023-athlon-optics-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-11-1-2023-franklin-armory-desktop.webp



**Exhibit C**

https://op1.0ps.us/full-size/opplanet-hp-11-1-2023-atn-vortex-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-10-1-2023-sig-sauer-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-11-1-2023-vortex-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-11-1-2023-steiner-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-04-2023-military-discount-program-desktop.webp



**Exhibit C**

https://op2.0ps.us/full-size/opplanet-hp-11-1-2023-leupold-desktop.webp

