**Exhibit D**

var banners = [{"altText":"10% OFF + 2% Bucks Night Vision, Thermals, & Night Sights ","link":"https:\/\/www.opticsplanet.com\/mkt-cat-coupon-daylight-saving-10-off-nv-thermals-night-sights-2-bucks110523.html?_iv_availability=in-stock","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-5-2023-daylight-savings-sale-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29258,\"name\":\"HP: [Cat. Coupon] Daylight Saving\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-11-09T23:45:00-06:00\",\"creative\":\"opplanet-hp-11-5-2023-daylight-savings-sale-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-5-2023-daylight-savings-sale-desktop.webp"},{"altText":"Everything for Your Rifle","link":"https:\/\/www.opticsplanet.com\/mkt-umbrella-everything-for-your-rifle110123.html","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-10-20-2023-everything-for-your-rifle-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29247,\"name\":\"OP HP: [Umbrella] Everything for Your Rifle\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-10-20-2023-everything-for-your-rifle-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-10-20-2023-everything-for-your-rifle-desktop.webp"},{"altText":"Build the Ultimate AR","link":"https:\/\/www.opticsplanet.com\/mkt-umbrella-build-the-ultimate-ar110123.html","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-01-2023-build-the-ultimate-ar-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29248,\"name\":\"OP HP: [Umbrella] Build the Ultimate AR\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-01-2023-build-the-ultimate-ar-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-01-2023-build-the-ultimate-ar-desktop.webp"},{"altText":"Download Our Mobile App for 10% Off","link":"https:\/\/www.opticsplanet.com\/mobile-app.html","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-9-2023-download-the-app-10-off-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29138,\"name\":\"Download App for 10% Off (desktop only - with coupon)\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2024-12-31T00:00:00-06:00\",\"creative\":\"opplanet-hp-9-2023-download-the-app-10-off-de

**Exhibit D**

sktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-9-2023-download-the-app-10-off-desktop.webp"},{"altText":"OP Top 10 Brands","link":"https:\/\/www.opticsplanet.com\/sh-gear-rd.html","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-2-2023-top-10-brands-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":28305,\"name\":\"OP Top 10 Brands\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-31T00:00:00-06:00\",\"creative\":\"opplanet-hp-2-2023-top-10-brands-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-2-2023-top-10-brands-desktop.webp"},{"altText":"Shop Gifts by Numbers","link":"https:\/\/www.opticsplanet.com\/mkt-umbrella-gifts-by-numbers110123.html","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-gifts-by-numbers-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29254,\"name\":\"HP: [Umbrella] Gifts by Numbers\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-gifts-by-numbers-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-gifts-by-numbers-desktop.webp"},{"altText":"Rifle Scopes on a Budget","link":"https:\/\/www.opticsplanet.com\/mkt-rifle-scopes-on-a-budget110123.html?_iv_availability=in-stock","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-rifle-scopes-on-budget-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29249,\"name\":\"OP HP: Rifle Scopes on a Budget\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-rifle-scopes-on-budget-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-rifle-scopes-on-budget-desktop.webp"},{"altText":"Honoring those who serve","link":"https:\/\/www.opticsplanet.com\/c-spcema-military-discount-program-2018.html?_iv_gridSize=120","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-04-2023-military-discount-program-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":28091,\"name\":\"Military Discounts Q1 2023\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\

**Exhibit D**

"2023-11-13T00:00:00-06:00\",\"creative\":\"opplanet-hp-04-2023-military-discount-program-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-04-2023-military-discount-program-desktop.webp"},{"altText":"iRayUSA: Rico Alpha 640 Thermal Rifle Scope American Engineered And Built For The Nighthunter","link":"https:\/\/www.opticsplanet.com\/irayusa-rico-alpha-640-3x50mm-thermal-weapon-sight.html","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-irayusa-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29215,\"name\":\"OP SMS HP- Nov: iRayUSA:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2024-01-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-irayusa-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-irayusa-desktop.webp"},{"altText":"Steiner: DRS Red Dot Sight Built Like A Tank","link":"https:\/\/www.opticsplanet.com\/steiner-drs-1x-defendu-reflex-right.html","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-steiner-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29221,\"name\":\"OP SMS HP- Nov: Steiner:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-steiner-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-steiner-desktop.webp"},{"altText":"Vortex: Up to 20% Back in OP Bucks On Select Vortex Rifle Scopes","link":"https:\/\/www.opticsplanet.com\/vortex-brand.html?_iv_deal-types=extra-bucks&_iv_availability=in-stock","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-vortex-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29225,\"name\":\"OP SMS HP- Nov: Vortex:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-vortex-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-vortex-desktop.webp"},{"altText":"ATN: FREE Vortex 10x42mm Binoculars With Purchase of ATN ThOR4 Thermal Rifle Scope","link":"https:\/\/www.opticsplanet.com\/atn-thor-4-g.html","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-atn-vortex-desktop","campaignCode":null,"e

**Exhibit D**

commerceBannerData":"{\"id\":29210,\"name\":\"OP SMS HP- Nov: ATN:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-atn-vortex-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-atn-vortex-desktop.webp"},{"altText":"Bushnell: AR Optics 1-6 LPVO Quick & Precise Acquisition","link":"https:\/\/www.opticsplanet.com\/bushnell-ar-optics-1-6x24mm-rifescope.html?_iv_availability=in-stock","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-bushnell-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29211,\"name\":\"OP SMS HP- Nov: Bushnell:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-bushnell-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-bushnell-desktop.webp"},{"altText":"Trijicon: Save $100 After Mail-In Rebate On Trijicon RMR Type 2","link":"https:\/\/www.opticsplanet.com\/trijicon-rmr-red-dot-sights.html?_iv_deal-types=rebate","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-trijicon-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29222,\"name\":\"OP SMS HP- Nov: Trijicon:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-trijicon-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-trijicon-desktop.webp"},{"altText":"Rise Armament: Save 20% Off For A Limited Time Upgrade Your Weapon Build with a Rave 140","link":"https:\/\/www.opticsplanet.com\/rise-armament-rave-140-flat-3-5lb-drop-in-trigger-w-anti-walk-pins.html?_iv_code=2AL-ART-RV140FL-RA-R140-AWP","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-rise-armament-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29218,\"name\":\"OP SMS HP- Nov: Rise Armament:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-rise-armament-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-rise-armament-desktop.webp"},{"altText":"Sig Sauer: TANGO-MSR 1-6 LPVO A Premium Optic Without The Premium Price

**Exhibit D**

Tag","link":"https:\/\/www.opticsplanet.com\/sig-sauer-sot61000-tango-msr-black-hardcoat-anodized-1-6x-24mm-i.html","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-sig-sauer-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29219,\"name\":\"OP SMS HP- Nov: Sig Sauer:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-sig-sauer-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-sig-sauer-desktop.webp"},{"altText":"Franklin Armory: BFSIII Trigger Fires on Pull & Release!","link":"https:\/\/www.opticsplanet.com\/franklin-armory-bfsiii-ak-c1-binary-firing-system-for-ak-platforms.html","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-franklin-armory-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29212,\"name\":\"OP SMS HP- Nov: Franklin Armory:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-franklin-armory-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-franklin-armory-desktop.webp"},{"altText":"OPMOD x Rise Armament: Have a Colorful Christmas With a Variety of Hex-c Trigger Colors","link":"https:\/\/www.opticsplanet.com\/opmod-ra-240-ar-15-ar-10-hex-c-enhanced-rifle-trigger.html?_iv_additional-features=trigger","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-opmod-rise-armament-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29217,\"name\":\"OP SMS HP- Nov: OPMOD x Rise Armament:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-opmod-rise-armament-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-opmod-rise-armament-desktop.webp"},{"altText":"Holosun: Upgrade Your Pistol With an EPS Red or Green Dot","link":"https:\/\/www.opticsplanet.com\/holosun-eps.html?_iv_availability=in-stock","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-holosun-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29214,\"name\":\"OP SMS HP- Nov: Holosun:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-holosun-desktop\",\"position\":\"Homepage Banner

**Exhibit D**

Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-holosun-desktop.webp"},{"altText":"TRYBE: Big Savings on BCGs Finish off Your Build with TRYBE","link":"https:\/\/www.opticsplanet.com\/trybe-defense-milspec-complete-ar10-308-grendel-bolt-carrier-group.html","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-trybe-defense-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29223,\"name\":\"OP SMS HP- Nov: TRYBE:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-trybe-defense-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-trybe-defense-desktop.webp"},{"altText":"New! Romeo-X Compact Inspired by MIL-SPEC ROMEO-M17","link":"https:\/\/www.opticsplanet.com\/sig-sauer-romeo-xc-24mm-prismatic-red-dot-sight.html","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-10-1-2023-sig-sauer-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29103,\"name\":\"OP SMS HP Oct:  Sig Sauer\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-11-30T00:00:00-06:00\",\"creative\":\"opplanet-hp-10-1-2023-sig-sauer-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-10-1-2023-sig-sauer-desktop.webp"},{"altText":"AGM: New! Voyage Binos Fusion Thermal & Optical Dualspectrum","link":"https:\/\/www.opticsplanet.com\/agm-global-vision-voyage-lrf.html?_iv_availability=in-stock","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-agm-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29208,\"name\":\"OP SMS HP- Nov: AGM:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-agm-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-agm-desktop.webp"},{"altText":"Sellmark \/Inforce: New Gen 3 Weapon Lights Do It In The Dark","link":"https:\/\/www.opticsplanet.com\/inforce-brand.html","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-inforce-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29220,\"name\":\"OP SMS HP- Nov: Sellmark \\\/Inforce:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-inforce-desktop\",\"pos

**Exhibit D**

ition\":\"Homepage Banner
Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-11-1-2023-inforce-desktop.webp"},{"altText":"BFSIII AK Trigger Fires on Trigger Pull &
Release!","link":"https:\/\/www.opticsplanet.com\/franklin-armory-bfsiii-ak-c1-binary-firing-system-for-ak-platforms.html","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-10-1-2023-franklin-armory-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29102,\"name\":\"OP SMS HP Oct:  Franklin
Armory\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-10-1-2023-franklin-armory-desktop\",\"position\":\"Homepage Banner
Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-10-1-2023-franklin-armory-desktop.webp"},{"altText":"Athlon: Earn 20% Bonus Bucks On Rifle Scopes, Spotting Scopes, Binos, &
More","link":"https:\/\/www.opticsplanet.com\/athlon-optics-brand.html?_iv_deal-types=extra-bucks","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-athlon-optics-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29209,\"name\":\"OP SMS HP- Nov:
Athlon:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-athlon-optics-desktop\",\"position\":\"Homepage Banner
Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-athlon-optics-desktop.webp"},{"altText":"Leupold: $200 Instant Rebate On VX-5HD Rifle
Scopes","link":"https:\/\/www.opticsplanet.com\/leupold-vx-5.html?_iv_availability=in-stock","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-leupold-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29216,\"name\":\"OP SMS HP- Nov:
Leupold:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-leupold-desktop\",\"position\":\"Homepage Banner
Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-leupold-desktop.webp"},{"altText":"Viridian: Go Green With a Top Rated Green Dot
Sight","link":"https:\/\/www.opticsplanet.com\/viridian-weapon-technologies-red-dot-scopes.html?_iv_availability=in-stock","openLinkNewTab":0,"image":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-viridian-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29224,\"name\":\"OP SMS HP- Nov:

**Exhibit D**

Viridian:\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2023-12-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-11-1-2023-viridian-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op2.0ps.us\/full-size\/opplanet-hp-11-1-2023-viridian-desktop.webp"},{"altText":"Save 10% On Contractor Thermal Weapon Sights","link":"https:\/\/www.opticsplanet.com\/armasight-contractor-o.html?_iv_availability=in-stock","openLinkNewTab":0,"image":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-10-1-2023-armasight-desktop","campaignCode":null,"ecommerceBannerData":"{\"id\":29094,\"name\":\"OP SMS HP Oct: Armasight\",\"timer_active\":false,\"timer_background_color\":\"\",\"timer_font_color\":\"\",\"end_date\":\"2024-01-01T00:00:00-06:00\",\"creative\":\"opplanet-hp-10-1-2023-armasight-desktop\",\"position\":\"Homepage Banner Slot\"}","imageWebp":"https:\/\/op1.0ps.us\/full-size\/opplanet-hp-10-1-2023-armasight-desktop.webp"}];
var bannersFilters = {"campaignCode":{"cookieName":"_campaign_code","values":[]},"region":{"joinCookies":["country_code","region"],"values":[]},"countryCode":{"cookieName":"country_code","values":[]},"other":[0,1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27]};