**Exhibit E**


OpticsPlanet.com - SALE on Hur
opticsplanet.com
Desktop bookmarks
Toll-Free: +1-800-504-5897 Help Center Check Order Status
About Us Policies Reviews How To
Sign In or Register
FREE SHIPPING & FREE RETURNS*
OPTICS PLANET.COM
All
Search by product, brand, category, deal or all of the above
SEARCH
SHOPPING CART
12783
DEALS OPTICS GUN PARTS AMMO SHOOTING HUNTING & FISHING GUNSMITHING & RELOADING OUTDOOR & SURVIVAL APPAREL & FOOTWEAR MILITARY & TACTICAL POLICE, FIRE, EMS MORE... NEW
4,986 Brands
774 Categories
10% OFF Night Vision, Thermals, & Night Sights w/Code: GODARK
Offer ends 11/9/23 at 11:59 PM CT. Additional restrictions and exclusions apply.*
DAYLIGHT SAVINGS SALE
10% OFF
+ 2% BUCKS
NIGHT VISION, THERMALS, & NIGHT SIGHTS
Use Coupon Code: GODARK
SHOP NOW
Offer ends 11/9/23 at 11:59 PM CT. Valid on select categories and products only. Additional exclusions apply.*
Brands You Might Like View All
1–8 / 28
Categories You Might Like View All