**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**ADAPTIVE AVENUE ASSOCIATES, INC.,**

Plaintiff,

v.

**OPTICSPLANET, INC.,**

Defendant.

C.A. No. 1:23-cv-15974

**PATENT CASE**

**JURY TRIAL DEMANDED**

Judge: Hon. John Robert Blakey
Mag. Judge: Hon. Keri L. Holleb Hotaling

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and (c), Plaintiff Adaptive Avenue Associates, Inc. and Defendant OpticsPlanet, Inc. hereby stipulate to the dismissal of all claims and counterclaims asserted in this action between Plaintiff Adaptive Avenue Associates, Inc. and Defendant OpticsPlanet, Inc. WITH PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees.

Dated: October 3, 2025

Respectfully submitted,

*/s/ David R. Bennett*

David R. Bennett
Steven G. Kalberg
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com
e-mail: skalberg@directionip.com

*Counsel for Plaintiff*
*Adaptive Avenue Associates, Inc.*

Respectfully submitted,

*/s/ Neha P. Khandhadia*

Harley J. Goldstein
Neha P. Khandhadia, Esq.
111 West Washington Street, Suite 1221
Chicago, Illinois 60602
Telephone: (312) 337-7700
Email: harleyg@goldmclaw.com
Email: nehak@goldmclaw.com

*Counsel for Defendant*
*OpticsPlanet, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ David R. Bennett*
David R. Bennett